IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| NELSON L. BRUCE,<br><br>      Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A.,<br><br>      Defendants. | Civil Action No. 2:17-cv-1864-RMG-BM |

### NOTICE OF VOLUNTARY DISMISSAL OF THE ACTION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Nelson L. Bruce, hereby voluntarily dismisses WITH prejudice this action against all defendants listed in the Complaint.

WHEREFORE, this action may be dismissed with prejudice.

This the 15 day of February, 2018.

                                            NELSON L. BRUCE
                                            /s/ Nelson L. Bruce
                                            Nelson L. Bruce, Sui Juris Propria Persona
                                            All natural rights Explicitly Reserved and Retained
                                            U.C.C. 1-207/1-308, 1-103
                                            c/o 144 Pavilion Street
                                            Summerville, South Carolina 29483
                                            *Pro Se Plaintiff*

**WE SO STIPULATE**
BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A.
*By Counsel*

/s/ Gregory D. Spink
McGuireWoods LLP
Gregory D. Spink (S.C. Bar No. 11647)
201 N. Tryon Street, Suite 3000
Charlotte, NC  28202
Telephone:  (704) 343-2188
Fax: (704) 444-8888
gspink@mcguirewoods.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# DORCHESTER DIVISION

| | |
|---|---|
| NELSON L. BRUCE,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A.,<br><br>    Defendants. | Civil Action No. 2:17-cv-1864-RMG-BM |

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2018, a copy of the foregoing pleading, with any and all attachments, was filed electronically with the clerk of court via ECF, which will serve all counsel of record, and served via First-Class Mail to any party not filing ECF, postage prepaid, addressed to:

Nelson L. Bruce
144 Pavilion Street
Summerville, SC 29483
*Pro Se Plaintiff*

　　　　　　　　　　　　　　　　　　　　/s/ Gregory D. Spink
　　　　　　　　　　　　　　　　　　　　　　Gregory D. Spink